UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

---

DANIEL JOSEPH BLANK,                     CIVIL ACTION No. 3:16-cv-00366
        Petitioner

  v.                                               JUDGE BRIAN A. JACKSON
                                  MAGISTRATE RICHARD BOURGEOIS

DARREL VANNOY, Warden,
       Louisiana State Penitentiary,
        Angola, Louisiana,
             Respondent

---

**MOTION TO CONDUCT HABEAS RULE 6 DISCOVERY**

COMES NOW Petitioner DANIEL BLANK, through counsel, who respectfully moves this Court for leave to conduct discovery under Rule 6 of the Rules Governing § 2254 Cases and, in particular, for an order directing the Clerk to issue the subpoena appended as an Exhibit to this motion for the reasons detailed in the accompanying memorandum in support.

Respectfully submitted,

By:   /s/ *Letty S. Di Giulio*
            _____
            Letty S. Di Giulio, Bar No. 29836
            K&B Plaza
            1055 St. Charles Avenue, Suite 208
            New Orleans, LA 70118
            (504) 572-0194
            letty@lettydigiulio.com

            */s/ Rebecca L. Hudsmith*
            _____
            Rebecca L. Hudsmith, Bar No. 7052
            FEDERAL PUBLIC DEFENDER

1

        102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

/s/ *Lisa A. Bakale-Wise*
_____
Lisa A. Bakale-Wise, Bar No. 34239
Attorney at Law
P.O. Box 494
Hillsborough, NC 27278
(919) 391-4421
bakalewise.law@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on Charles S. Long, Assistant District Attorney, 23rd Judicial District Court, P.O. Drawer 750, 316 Chetimatches St., Donaldsonville, Louisiana, 70346, by U.S. mail with sufficient first class postage attached, on this 7th day of October, 2019.

/s/ *Letty S. Di Giulio*
_____
Letty S. Di Giulio, Bar No. 29836