IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

DANIEL JOSEPH BLANK,                    CIVIL ACTION No. 3:16-cv-00366
      Petitioner

  v.                                    JUDGE BRIAN A. JACKSON
                                           MAGISTRATE RICHARD BOURGEOIS

DARREL VANNOY, Warden,
      Louisiana State Penitentiary,
      Angola, Louisiana,
      Respondent

**MOTION FOR THE TRANSFER OF EVIDENCE
TO DEFENSE EXPERT BODE TECHNOLOGY**

COMES NOW DANIEL BLANK, through counsel, and respectfully moves this Court for an Order pursuant to the Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution; *Ake v. Oklahoma*, 470 U.S. 68, 105 S.Ct. 1087 (1985); *Martinez v. Ryan*, 566 U.S. 1 (2012); and other applicable law, directing the respective Custodians of the below-identified physical evidence in this case, to transfer items of physical evidence in its possession to defense expert lab Bode Cellmark Technology for forensic testing. In support thereof, Petitioner states as follows:

1. On September 2, 1999, Daniel Blank was convicted of first degree murder in the death of Lillian Philippe and sentenced to death. At Mr. Blank's capital trial, the prosecution presented evidence of five other unadjudicated murders (decedents Victor Rossi, Barbara Bourgeois, Salvador and Louella Arcuri, Joan Brock) and two attempted murders (Joyce and Leonce Millet).

1

2. On May 3, 2017, following the conclusion of state post-conviction proceedings, Mr. Blank filed a Petition for Habeas Corpus Relief pursuant to 28 U.S.C. § 2254 in which he raised substantial allegations of violations of his constitutional rights at his state criminal trial. Doc. 12. In his petition, Mr. Blank identified several pieces of evidence collected from the crime scenes which were tested for DNA by the Federal Bureau of Investigations (FBI). The FBI's testing excluded Mr. Blank as the contributor of the DNA on these very relevant and direct pieces of evidence while identifying a yet unknown male profile on at least one of the murder weapons.[1] In addition, Mr. Blank in his habeas petition presented abundant evidence establishing that a number of other individuals were viable suspects in the murders of which Mr. Blank was accused, but their DNA profiles were never compared to the DNA on this evidence collected from the crime scenes. *Id*. at 416-30. Despite the fact that the evidence clearly pointed to specific individuals other than Mr. Blank, and the only evidence against Mr. Blank – his purported confession – was inconsistent with the crime scene evidence, trial counsel failed to engage an independent DNA expert sufficiently far in advance of trial to review and analyze the forensic evidence to determine whether it could be matched to the primary suspects in the cases. For the reasons set forth in the accompanying *Memorandum in Support*, Mr. Blank seeks to do that critical DNA analysis now.

3. Accordingly, Mr. Blank requests that this Honorable Court order the following Custodians of the physical evidence to release the following items in the case of *State of Louisiana v. Daniel Blank*, No. No. 10-677:

---

[1] In addition to the instant motion, Mr. Blank is simultaneously filing a motion seeking discovery of the profiles and raw data generated by the FBI during their testing, which would assist the defense's DNA expert's review and may limit the need for testing of certain items, preserving both time and money.

| Description | Agency Identification Nos. | Last Known Custodian |
|---|---|---|
| Bat collected from scene of Victor Rossi's homicide | APSO: Ex. 11, 11C-2<br>APSO TRAQ Barcode # APSD05439<br>LSPCL: SP9568-96 #11<br>FBI Lab: 980921048 S HE GX (6/14/99, Q5)<br>State Exhibit: S-103 | Terrebonne Parish Clerk of Court<br>Attn: Theresa A. Robichaux, Clerk of Court<br>7856 Main Street<br>Houma, LA 70360<br>Ph.: 985-868-5660 |
| Fingernail clippings and scrapings collected from homicide victim Salvador Arcuri | SJBPSO: Ex. 29<br>LSPCL: SP4429-97 #29<br>FBI Lab: 70821030 S HE GX & 980921051 S HE GX (6/14/66, Q159.1) | St. John the Baptist Sheriff's Office<br>Attn: Major Larry LeBlanc<br>Criminal Investigations Division<br>1801 W. Airline Hwy, Laplace, LA 70068<br>Ph.: (985) 359-8769 |
| Kent Light cigarette butts collected from scene of Millet attempted homicide | APSO Ex. 26A – 26I<br>APSO TRAQ Barcode #APSD06094<br>APSO TRAQ Barcode #APSD09564<br>FBI Lab: 70924019 S HE GX (6/14/99, Q8, Q9, Q10, Q11, Q12, Q13, Q14, Q15, Q16) | Ascension Parish Sheriff's Office District 2 Sub-Station<br>13192 Airline Highway Gonzales, LA 70737<br>Ph.: 225-621-8300 |

and ship them via Federal Express to:

> Bode Cellmark Technology
> 10430 Furnace Road, Suite 107
> Lorton, Virginia 22079
> Tel. (703) 646 9740

for the purpose of a DNA examination and analysis. If, in the scientific judgment of Bode Technology, any probative unknown DNA profile is obtained from testing of the submitted evidence, Bode Technology will submit such profile(s) to the Combined DNA Index System

(CODIS) database, pursuant to the requirements and restrictions of the Federal Bureau of Investigation for CODIS submission.

4. In performing its examination and analysis, Bode technicians will endeavor to avoid the complete consumption of any samples, but consumption is possible and will depend on the size of any deposits and condition of the evidence.

5. Following completion of its analysis, Bode will promptly notify each of the respective Custodians and make arrangements to return the evidence by Federal Express.

WHEREFORE, Mr. Blank prays that this Court grants this *Motion For The Transfer Of Evidence To Defense Expert Bode Technology*.

Respectfully submitted,

By: /s/ *Letty S. Di Giulio*
_____
Letty S. Di Giulio, Bar No. 29836
K&B Plaza
1055 St. Charles Avenue, Suite 208
New Orleans, LA 70118
(504) 572-0194
letty@lettydigiulio.com

/s/ *Rebecca L. Hudsmith*
_____
Rebecca L. Hudsmith, Bar No. 7052
FEDERAL PUBLIC DEFENDER
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

/s/ *Lisa A. Bakale-Wise*
_____
Lisa A. Bakale-Wise, Bar No. 34239
Attorney at Law
P.O. Box 494

>Hillsborough, NC 27278
>(919) 391-4421
>bakalewise.law@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on Charles S. Long, Assistant District Attorney, 23rd Judicial District Court, P.O. Drawer 750, 316 Chetimatches St., Donaldsonville, Louisiana, 70346, by U.S. mail with sufficient first class postage attached, on this 7th day of October, 2019.

>/s/ *Letty S. Di Giulio*
>_____
>Letty S. Di Giulio, Bar No. 29836