IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

DANIEL JOSEPH BLANK,  CIVIL ACTION No. 3:16-cv-00366
        Petitioner

v.  JUDGE BRIAN A. JACKSON
    MAGISTRATE RICHARD BOURGEOIS

DARREL VANNOY, Warden,
    Louisiana State Penitentiary,
    Angola, Louisiana,
        Respondent

## ORDER FOR THE TRANSFER OF EVIDENCE

Upon consideration of Daniel Blank's *Motion For The Transfer Of Evidence To Defense Expert Bode Technology*, this Court hereby ORDERS the following Custodians of the physical evidence to immediately and without delay ship the following items collected in the case of *State of Louisiana v. Daniel Blank*, No. No. 10-677:

| Description | Agency Identification Nos. | Last Known Custodian |
|---|---|---|
| Bat collected from scene of Victor Rossi's homicide | APSO: Ex. 11, 11C-2<br>APSO TRAQ Barcode # APSD05439<br>LSPCL: SP9568-96 #11<br>FBI Lab: 980921048 S HE GX (6/14/99, Q5)<br>State Exhibit: S-103 | Terrebonne Parish Clerk of Court<br>Attn: Theresa A. Robichaux, Clerk of Court<br>7856 Main Street<br>Houma, LA 70360<br>Ph.: 985-868-5660 |
| Fingernail clippings and scrapings collected from homicide victim Salvador Arcuri | SJBPSO: Ex. 29<br>LSPCL: SP4429-97 #29<br>FBI Lab: 70821030 S HE GX & 980921051 S HE GX (6/14/66, Q159.1) | St. John the Baptist Sheriff's Office<br>Attn: Major Larry LeBlanc<br>Criminal Investigations Division<br>1801 W. Airline Hwy, |

1

| | | Laplace, LA 70068 |
| --- | --- | --- |
| | | Ph.: 985-359-8769 |
| Kent Light cigarette butts collected from scene of Millet attempted homicide | APSO Ex. 26A – 26I<br>APSO TRAQ Barcode #APSD06094<br>APSO TRAQ Barcode #APSD09564<br>FBI Lab: 70924019 S HE GX (6/14/99, Q8, Q9, Q10, Q11, Q12, Q13, Q14, Q15, Q16) | Ascension Parish Sheriff's Office District 2 Sub-Station<br>13192 Airline Highway Gonzales, LA 70737<br>Ph.: 225-621-8300 |

and ship them via Federal Express to:

>Bode Cellmark Technology
>10430 Furnace Road, Suite 107
>Lorton, Virginia 22079
>Tel. (703) 646 9740

for the purpose of a DNA examination and analysis.

If, in the scientific judgment of Bode Technology, any probative unknown DNA profile is obtained from testing of the submitted evidence, Bode Technology will submit such profile(s) to the Combined DNA Index System (CODIS) database, pursuant to the requirements and restrictions of the Federal Bureau of Investigation for CODIS submission. In performing its examination and analysis, Bode technicians should endeavor to avoid the complete consumption of any samples, though consumption is possible and will depend on the size of any deposits and condition of the evidence.

Following completion of its analysis, Bode will promptly notify each of the respective Custodians and make arrangements to return the evidence by Federal Express.

Signed this ___ day of _____, 2019.

_____
JUDGE BRIAN A. JACKSON