UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL JOSEPH BLANK,<br>　　　　Petitioner | CIVIL ACTION No. 3:16-cv-00366 |
| v. | JUDGE BRIAN A. JACKSON<br>MAGISTRATE RICHARD BOURGEOIS |
| DARREL VANNOY, Warden,<br>　Louisiana State Penitentiary,<br>　　Angola, Louisiana,<br>　　　　Respondent | |

**MOTION TO TRANSFER FINGERPRINT EVIDENCE
FOR DEFENSE EXPERT EVALUATION**

Now comes DANIEL BLANK, by counsel and respectfully moves this Court for an Order pursuant to the Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution; *Ake v. Oklahoma*, 470 U.S. 68, 105 S.Ct. 1087 (1985); *Martinez v. Ryan*, 566 U.S. 1 (2012); and other applicable law, directing the Louisiana State Police, the Ascension Parish Sheriff's Office, the St. John the Baptist Parish Sheriff's Office, the St. James Parish Sheriff's Office, the Gonzales Police Department, the Terrebonne Parish Clerk of Court, the St. John the Baptist Parish Clerk of Court, the St. James Parish Clerk of Court, and the Federal Bureau of Investigation, insofar as those agencies are Custodians of the evidence identified below, to transfer those items which it possesses to defense expert Max Jarrell for forensic review.

| Case | Agency Exhibit Number | Description | Evidence Custodian |
|---|---|---|---|
| Philippe | Gonzales Police Department ("GPD") Ex. 1 | One envelope containing 29 latent lifts from various areas | GPD or Louisiana State Police ("LSP") |

1

| Case | Agency Exhibit Number | Description | Evidence Custodian |
|---|---|---|---|
| Philippe | GPD Ex. 4 | One envelope containing four latent lifts from the air conditioning unit | GPD or LSP |
| Philippe | GPD Ex. 8 | 1 lift from remote alarm unit from master bedroom (latent lift taken from Ex. 8) | GPD or LSP |
| Philippe | GPD Ex. 12 | One paper bag containing miscellaneous items from master bedroom closet (latent lifts taken from these items) | GPD or LSP |
| Philippe | GPD Ex. 14; State Exhibit S-41 | 14 lifts from pieces of trophy from master bedroom (latent lifts taken from Ex. 14) | GPD or LSP |
| Rossi | Ascension Parish Sheriff's Office ("APSO") Ex. 3; APSO TRAQ #APSD05441 | Original 9 x 12 clasp envelope containing hand printing "You can Fuck that Bitch But you will not Fuck me no more I hope you die two timing Bitch" (latent lifts taken from this item) | APSO or LSP |
| Rossi | APSO Ex. 5; APSO TRAQ #APSD05447 APSD09565, or APSD09568; LSP SP9568-96 #5 | One knife (latent lifts taken from this item) | APSO or LSP |
| Millet | APSO Ex. 1; possibly APSO TRAQ #APSD05825 or #APSD36690; LSP SP5916-97 #1 | 6 latents taken from 1 midnight blue 4 door Cadillac 32V Northstar STS, La. Lic. No. EVH 440  (latent lifts taken from Ex. 1) | APSO or LSP |
| Millet | APSO Ex. 2; LSP SP5916-97 #2 | 14 latents collected from scene at victims' residence, 42374 Weber City Rd, Gonzales, LA | APSO or LSP |
| Brock | St. John the Baptist Parish Sheriff's Office ("SJBPSO") Ex. 130; LSP Ex. 1 | One broken set of light bulbs in clear plastic wrapping, also described as one cardboard box containing a package of broken fluorescent light bulbs (latent lifts taken from this item) | SJBPSO or LSP |
| Arcuri | SJBPSO Ex. 113; Federal Bureau of Investigation Laboratory 70821030 S HE GX & 980921051 S HE GX (6/14/66, Q14-Q22) | 9 lifted latents from vacuum, kitchen sink, kitchen, gold mirror | SJBPSO or LSP |
| Arcuri | SJBPSO Ex. 138 (possibly LSP SP97-15291 Ex. 1 or 9) | One brass frame mirror (latent lifts taken from this item) | SJBPSO or LSP |

2

| Case | Agency Exhibit Number | Description | Evidence Custodian |
|---|---|---|---|
| Bourgeois | St. James Parish Sheriff's Office ("SJPSO") Ex. 42 | One (1) needle nose cutting pliers (latent lifts taken from this item) | SJPSO or LSP |
| Bourgeois | SJPSO Ex. 1 | Eight (8) lifts from crime scene | SJPSO or LSP |

For reasons outlined in the accompanying *Memorandum in Support of Motion to Transfer Fingerprint Evidence for Defense Expert Evaluation*, Mr. Blank now requests that this Honorable Court order the Louisiana State Police, the Ascension Parish Sheriff's Office, the St. John the Baptist Parish Sheriff's Office, the St. James Parish Sheriff's Office, the Gonzales Police Department, and the Federal Bureau of Investigation, only insofar as they possess the specific items of evidence described in this Motion, to release that evidence to defense expert Max Jarrell and ship them via Federal Express to:

> Max L. Jarrell, CLPE
> 209 South Jefferson Street
> Suite 1088
> Winchester, TN 37398
> Telephone: (931) 455-8989

Following completion of his work, Mr. Jarrell will promptly notify the originating agencies and make arrangements to return the evidence via Federal Express.

WHEREFORE, Mr. Blank prays that this Court grants this *Motion to Transfer Fingerprint Evidence for Defense Expert Evaluation*.

> Respectfully submitted,
>
> /s/ *Letty S. Di Giulio*
> _____
> Letty S. Di Giulio, Bar No. 29836
> K&B Plaza
> 1055 St. Charles Avenue, Suite 208
> New Orleans, LA 70118
> (504) 572-0194

3

letty@lettydigiulio.com

/s/ *Lisa A. Bakale-Wise*

_____
Lisa A. Bakale-Wise, Bar No. 34239
Attorney at Law
P.O. Box 494
Hillsborough, NC 27278
(919) 391-4421
bakalewise.law@gmail.com

*/s/ Rebecca L. Hudsmith*

_____
Rebecca L. Hudsmith, Bar No. 7052
OFFICE OF THE FEDERAL PUBLIC DEFENDER
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
Phone: (337) 262-6336
Fax: (337) 262-6605

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served on Charles S. Long, Assistant District Attorney, 23rd Judicial District Court, P.O. Drawer 750, 316 Chetimatches St., Donaldsonville, Louisiana, 70346, by U.S. mail with sufficient first class postage attached, on this 7th day of October, 2019.

/s/ *Letty S. Di Giulio*

_____
Letty S. Di Giulio, Bar No. 29836