UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANIEL JOSEPH BLANK** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 16-00366-BAJ-RLB** |
| **DARREL VANNOY** | |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiff, Daniel Joseph Blank, and non-party, the United States of America, jointly move for entry of a Stipulated Protective Order under Rule 26(c) of the Federal Rules of Civil Procedure to permit the release of records that contain material protected from disclosure under the Privacy Act, 5 U.S.C. § 552a(b)(11). In support of this Motion, Mr. Blank and the United States submit the following:

1.  Plaintiff issued a subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure seeking the production of documents in the possession of the United States that are maintained in a government system of records.[1] These records may be subject to the Privacy Act or otherwise contain sensitive personal information, including personally identifiable information.

2.  The Privacy Act permits the United States to produce such records pursuant to a Court Order. *See* 5 U.S.C. § 552a(b)(11).

3.  Prompt entry of an order authorizing the United States to disclose such records is necessary for the United States to respond to Plaintiff's Rule 45 subpoena.

---

[1] Plaintiff's subpoena was issued in accordance with the Court's September 13, 2021, *Ruling and Order* in this habeas proceeding. ECF Doc. 101. The subpoena specifically seeks the production of the following: "the DNA Profiles and Raw Data generated from: (1) Bat collected from scene of Victor Rossi's homicide – Lab No. 980921048 S HE GX – Specimen Q5; (2) Fingernail scrapings collected from homicide victim Salvador Arcuri – Lab No. 980921051 S HE GX No. 70821030 S HE GX – Specimen Q159.1; (3) Cigarette Butts collected from scene of Millet attempted homicide – Lab No. 980921053 S. HE GX, No. 70924019 S HE GX – Specimens Q8-Q16."

4.  Plaintiff, Daniel Joseph Blank, and non-party, the United States of America, request that the attached Stipulated Protective Order be entered by the Court.

Respectfully submitted by,

| PLAINTIFF, DANIEL JOSEPH BLANK, Through Undersigned Counsel | UNITED STATES OF AMERICA, by |
|---|---|
| | RONALD C. GATHE, JR<br>UNITED STATES ATTORNEY |
| /s/ Letty S. Di Giulio<br>Letty S. Di Giulio, LBN 29836<br>Law Office of Letty S. Di Giulio<br>K&B Plaza<br>1055 St. Charles Avenue, Suite 208<br>New Orleans, Louisiana 70130<br>Telephone: (504) 571-5929<br>E-mail: letty@lettydigiulio.com | /s/ Katherine K. Green<br>Katherine K. Green, LBN 29886<br>Assistant United States Attorney<br>777 Florida Street, Suite 208<br>Baton Rouge, Louisiana 70801<br>Telephone: (225) 389-0443<br>Fax: (225) 389-0685<br>E-mail: katherine.green@usdoj.gov |

/s/ Rebecca L. Hudsmith
Rebecca L. Hudsmith, Bar No. 7052
OFFICE OF THE FEDERAL PUBLIC DEFENDER
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
Telephone: (337) 262-6336
Fax: (337) 262-6605
E-mail: Rebecca_Hudsmith@fd.org

/s/ Lisa A. Bakale-Wise
Lisa A. Bakale-Wise, Bar No. 34239
Attorney at Law
P.O. Box 494
Hillsborough, NC 27278
Telephone: (919) 391-4421
E-mail: bakalewise.law@gmail.com

2